UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREAT CLIPS, INC.,<br><br>　　　　　Defendant. | ECF CASE<br><br>No.: 1:18-CV-06975<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>JURY TRIAL DEMANDED |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that all claims and actions asserted against Defendant Great Clips, Inc. may be and hereby are dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice upon the merits and without costs, disbursements, or attorney's fees be entered accordingly.

| **LIPSKY LOWE LLP** | **MORRISON & FOERSTER LLP** |
|---|---|
| *[signature]* | *[signature]* |
| By:　Douglas B. Lipsky<br>　　　Christopher H. Lowe | By:　Michael B. Miller |
| 630 Third Avenue, Fifth Floor<br>New York, New York 10017-6705<br>Tel: (212) 392-4772<br>Email: doug@lipskylowe.com<br>　　　　chris@lipskylowe.com | 250 West 55th Street<br>New York, NY 110019-9601<br>Tel: (212) 468-8000<br>Fax: (212) 468-7900<br>Email: mbmiller@mofo.com<br><br>*Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

Dated:　　New York, New York
　　　　　January 29, 2019

11407358v1

SO ORDERED

This 30th day of January 2019.  BY:_____
UNITED STATES DISTRICT JUDGE

11407358v1